# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144881

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RICHARD LIVINGSTON,
      Plaintiff-Appellant,

v

HUNTINGTON MORTGAGE,
      Defendant-Appellee.

SC: 144881
COA: 302075
Allegan CC: 10-046583-CH

_____/

On order of the Court, the application for leave to appeal the March 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

t0716